**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Custom Design Group, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **FDBA  Active Energy Custom Brands and Outlet, LLC** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-3172451** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **391 10th Avenue Dr. NE**<br>**Hickory, NC 28602**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Catawba**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

�■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Custom Design Group, LLC**                                      Case number (*if known*) _____
        Name

---

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor   **Custom Design Group, LLC**
_____   Case number (*if known*) _____
Name

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Custom Design Group, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | | |
|---|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 11, 2020**
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
MM / DD / YYYY

**X** **/s/ Richard L. Stober**                          Richard L. Stober
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯          ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Signature of authorized representative of debtor          Printed name

Title    **Chief Executive Officer**
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

---

**18. Signature of attorney**

**X** **/s/ Richard S. Wright**                   Date    **December 11, 2020**
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯          ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Signature of attorney for debtor                    MM / DD / YYYY

**Richard S. Wright 24622**
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Printed name

**Moon Wright & Houston, PLLC**
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Firm name

**121 West Trade Street**
**Suite 1950**
**Charlotte, NC 28202**
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Number, Street, City, State & ZIP Code

Contact phone    **704-944-6560**          Email address    **rwright@mwhattorneys.com**
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯          ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

**24622 NC**
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Bar number and State

## CORPORATE RESOLUTION

The undersigned, being the holder of the majority of membership interests in **Custom Design Group, LLC**, a limited liability company organized under the laws of the State of North Carolina, (the "Company") having a corporate headquarters located at 391 10th Avenue Dr NE, Hickory, North Carolina 28601 does hereby adopt the following resolutions by signing below to consent to action without holding a formal meeting of the members/officers of the Company:

RESOLVED, that the filing by the Company of a petition for relief under chapter 11 of title 11, United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of North Carolina is approved; and it is

FURTHER RESOLVED, that the undersigned is authorized, empowered, and directed to execute on behalf of the Company a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and any affidavits, forms, schedules, application or any other pleadings or documents which are necessary or appropriate, including debtor-in-possession financing arrangements; and it is

FURTHER RESOLVED, that the retention on behalf of the Company of the law firm of Moon Wright & Houston, PLLC to render legal services to, and to represent the Company in connection with such chapter 11 proceedings and other related matters in connection therewith, is authorized and approved; and it is

FURTHER RESOLVED, that the Company is authorized to retain such other professionals as the undersigned may deem necessary or appropriate to render services to the Company in connection with such chapter 11 proceedings and with respect to other related matters in connection therewith; and it is

FURTHER RESOLVED, that the Company and its officers are authorized, empowered, and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to bankruptcy court approval), where necessary or appropriate in order to carry out fully the intent and to accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that all actions taken by the officers of the Company prior to the date hereof in connection with the reorganization of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed, and approved.

Dated: Charlotte, North Carolina
December 8, 2020

By: _____
Rich L. Stober
Chief Executive Officer
Member/Manager
*Custom Design Group, LLC*

MWH: 10683.001; 00024178.2

**Fill in this information to identify the case:**

Debtor name     **Custom Design Group, LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December 11, 2020**          X */s/ Richard L. Stober*
                                                 Signature of individual signing on behalf of debtor

                                                 **Richard L. Stober**
                                                 Printed name

                                                 **Chief Executive Officer**
                                                 Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Custom Design Group, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express Gold P.O. Box 1270 Newark, NJ 07101-1270** | | | **Disputed** | | | **$71,134.72** |
| **American Express Plum P.O. Box 1270 Newark, NJ 07101-1270** | | | **Disputed** | | | **$72,788.01** |
| **Asia Socks, Inc. 2386 Hu Qing Ping Road Shanghai 201702, China** | | | | | | **$13,000.00** |
| **Badger Sportswear d/b/a Founder Sport Group Statesville, NC 28625-2758** | | | | | | **$19,767.23** |
| **Blue Vine/Celtic 401 Warren Street Suite 300 Redwood City, CA 94063** | | | **Contingent Unliquidated Disputed** | | | **$68,495.58** |
| **Carolina Made, Inc. 400 Indian Trail Road North Indian Trail, NC 28079** | | | | | | **$16,285.85** |
| **CDG-Paw, LLC 1030 Edwards Street Rock Hill, SC 29732** | | | **Unliquidated Disputed Subject to Setoff** | | | **$103,260.28** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Custom Design Group, LLC**
_____    Case number *(if known)*  _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Champro Sports P.O. Box 5998 Dept. 8049 Carol Stream, IL 60197-5998** | | | | | | **$7,626.59** |
| **Innovative Ink P.O. Box 68 Rutherford College, NC 28671** | | | | | | **$39,246.91** |
| **ISM Global 75108 Gerald Ford Drive Suite 3 Palm Desert, CA 92211** | | | | | | **$57,575.51** |
| **Peoples Bank P.O. Box 467 Newton, NC 28658** | | | **Unliquidated Disputed** | | | **$478,232.27** |
| **Peoples Bank P.O. Box 467 Newton, NC 28658** | | **Accounts** | **Unliquidated Disputed** | **$250,901.68** | **$192,226.31** | **$116,151.70** |
| **Peoples Bank P.O. Box 246 Newton, NC 28658** | | **PPP loan** | **Contingent Unliquidated** | | | **$102,500.00** |
| **Rawlings Sporting Goods P.O. Box 910212 Dallas, TX 75391-0212** | | | | | | **$7,909.58** |
| **SanMar P.O. Box 643693 Cincinnati, OH 45264** | | | | | | **$57,827.98** |
| **The Game/MV Sport 88 Spence Street P.O. Box 9171 Bay Shore, NY 11706** | | | | | | **$10,783.15** |
| **U.S. Fitness Products, Inc. 3050 Wake Forest Road Raleigh, NC 27609-7844** | | | | | | **$48,378.52** |
| **Under Armour P.O. Box 791022 Baltimore, MD 21279-1022** | | | | | | **$57,610.15** |

Debtor  **Custom Design Group, LLC**                                    Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wells Fargo Capital Finance 14241 Dallas Parkway Suite 900 Dallas, TX 75254-2936** | | | **Contingent Unliquidated Disputed** | | | **$21,816.35** |
| **Wilson Sporting Goods 130 East Randolph Street Suite 600 Chicago, IL 60601** | | | | | | **$22,843.50** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Custom Design Group, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>WESTERN DISTRICT OF NORTH CAROLINA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................   $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................   $ _____ 717,349.90

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................   $ _____ 717,349.90

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ _____ 458,373.01

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................   $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$ _____ 1,326,929.49

4.   **Total liabilities** .......................................................................................
   Lines 2 + 3a + 3b

   $ _____ 1,785,302.50

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Custom Design Group, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Peoples Bank** | | **3296** | **$24,016.50** |
| 3.2. | **First Citizens Bank** | | **4113** | **$134,855.65** |
| 3.3. | **SunTrust Bank** | | **7525** | **$41,287.52** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.       **$200,159.67**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | **Custom Design Group, LLC** | Case number *(If known)* | |
| | Name | | |

---

| **Part 3:** | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:  **473,905.27** - **165,321.35** = .... **$308,583.92**
                            face amount          doubtful or uncollectible accounts

12.  **Total of Part 3.**
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    **$308,583.92**

| **Part 4:** | **Investments** |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** Finished goods inventory | | **$0.00** | | **$192,226.31** |
| 22.  **Other inventory or supplies** | | | | |

23.  **Total of Part 5.**                                    **$192,226.31**
     Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Custom Design Group, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture**<br>**2 desks $20; table $20; filing cabinet $10; 2 office chairs $20; cubby $20; storage drawer $10; clothes rack $10; tv $50; desk $50; desk $50; cubby $20; cubby $20; vinyl cutter $200; inventory racking $750; table $50; refrigerator $100; microwave $15; dishwasher $100; table/chairs $15; shelf rack $10; cabinet $10; 2 desks $100; whiteboard $5; shelf $5; chair $5; 2 desks $200; whiteboard $5; storage drawers $10; 2 chairs $20; cubby $20; 2 desks $50; cubby $20; whiteboard $10; office chair $10; storage drawer $10; 7 display racks $1,800; 2 manakins $100; hat rack $100; desk $100; 2 office chairs $50; storage drawer $10; 2 whiteboards $10; desk $50; chair $20; storage shelf $10; table $10; storage drawer $10; cubby $10; 3 office chairs $30; desk $100; cubby $20; chest $20; storage drawers $20; whiteboard $10** | $0.00 | Comparable sale | $4,550.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**15 desktop computers $1,200; 9 laptop computers $850; 11 telephones $145; 4 printers $100** | $0.00 | Comparable sale | $2,295.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | $6,845.00 |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                  Best Case Bankruptcy

| Debtor | **Custom Design Group, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**10 desks $410; 17 tables $130; 12 head<br>embroidery machine $1500; 1 head embroidery<br>machine $500; 26 racks $180; shelf $10; 3<br>rolling carts $20; yarn $500; 2 shredders $20;<br>electrical cords $5; DTG machine $1,000;<br>printing screens $200; printer $500; head<br>screen printing machine $300; flash drier $300;<br>2 single head flash driers $100; 2 filing<br>cabinets $50; 2 office chairs $20; cubby $10; 3<br>storage drawers $15; store racks $2,500; metal<br>bin $500; heat presses $500; 3 rolling tables<br>$20; 4 shelves $10; 2 filing cabinets $20;<br>storage drawer $10; 12 chairs $70; tv $100;<br>whiteboard $10; spray booth $25** | $0.00 | Comparable sale | $9,535.00 |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | $9,535.00 |
|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Custom Design Group, LLC**                                    Case number *(If known)* _____
        Name

| available. | | | | |
|---|---|---|---|---|
| 55.1. | | | | |
| N/A | | $0.00 | | $0.00 |

| 56. | **Total of Part 9.** | $0.00 |
|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

     ■ No
     ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No.  Go to Part 11.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
|      Website | Unknown | | Unknown |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

| 66. | **Total of Part 10.** | $0.00 |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

     ■ No
     ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

     ■ No
     ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor      **Custom Design Group, LLC**_____      Case number *(If known)*_____
            <sub>Name</sub>

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Custom Design Group, LLC**                                    Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $200,159.67 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $308,583.92 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $192,226.31 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,845.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $9,535.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $717,349.90 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $717,349.90 |

**Fill in this information to identify the case:**

Debtor name  **Custom Design Group, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**  **Brother International Corporation**
Creditor's Name

Describe debtor's property that is subject to a lien
**GT-361 printer**

| Unknown | $500.00 |
|---|---|

**200 Crossing Boulevard
Bridgewater, NJ 08807**
Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**2.2**  **First Corporate Solutions, Inc.**
Creditor's Name

Describe debtor's property that is subject to a lien

| Unknown | Unknown |
|---|---|

**914 S. Street
Sacramento, CA 95811**
Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

| Debtor | **Custom Design Group, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 2.3 | **Peoples Bank** |
|---|---|

Creditor's Name

**P.O. Box 467**
**Newton, NC 28658**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7005**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Inventory, chattel paper, accounts, equipment**

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

$57,471.33     $717,349.90

---

| 2.4 | **Peoples Bank** |
|---|---|

Creditor's Name

**P.O. Box 467**
**Newton, NC 28658**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**9641**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Accounts**

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

$250,901.68     $192,226.31

---

| 2.5 | **U.S. Small Business Administration** |
|---|---|

Creditor's Name

**2 North Street**
**Suite 320**
**Birmingham, AL 35203**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All assets**

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No

$150,000.00     $717,349.90

---

Debtor    **Custom Design Group, LLC**                                    Case number (if known) _____
          _____
          Name

Creditor's email address, if known
_____                   ☐ Yes
                                            **Is anyone else liable on this claim?**
**Date debt was incurred**
                                            ■ No
**Last 4 digits of account number**         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply

■ No                                        ■ Contingent
☐ Yes. Specify each creditor,               ■ Unliquidated
including this creditor and its relative    ■ Disputed
priority.

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $458,373.01

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Peoples Bank**<br>**P.O. Box 246**<br>**Newton, NC 28658** | Line __2.4__ | |

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Custom Design Group, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|   |   |   | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,905.13** |
| | **All Star Sporting Goods** | ☐ Contingent | |
| | **17 Leominster Road** | ☐ Unliquidated | |
| | **Shirley, MA 01464** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$71,134.72** |
| | **American Express Gold** | ☐ Contingent | |
| | **P.O. Box 1270** | ☐ Unliquidated | |
| | **Newark, NJ 07101-1270** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **5002** | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,077.16** |
| | **American Express Platinum** | ☐ Contingent | |
| | **P.O. Box 1270** | ☐ Unliquidated | |
| | **Newark, NJ 07101-1270** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **4005** | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72,788.01** |
| | **American Express Plum** | ☐ Contingent | |
| | **P.O. Box 1270** | ☐ Unliquidated | |
| | **Newark, NJ 07101-1270** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **4008** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Custom Design Group, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,000.00** |
|---|---|---|---|

**Asia Socks, Inc.**
**2386 Hu Qing Ping Road**
**Shanghai 201702, China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,767.23** |
|---|---|---|---|

**Badger Sportswear**
**d/b/a Founder Sport Group**
**Statesville, NC 28625-2758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,132.00** |
|---|---|---|---|

**Bison, Inc.**
**603 I Street**
**Lincoln, NE 68508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68,495.58** |
|---|---|---|---|

**Blue Vine/Celtic**
**401 Warren Street**
**Suite 300**
**Redwood City, CA 94063**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**BNA CPAs & Advisors**
**596 Herrons Ferry Road**
**Rock Hill, SC 29730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,285.85** |
|---|---|---|---|

**Carolina Made, Inc.**
**400 Indian Trail Road North**
**Indian Trail, NC 28079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Catawba County Tax Collector**
**25 Government Drive**
**P.O. Box 368**
**Newton, NC 28658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Custom Design Group, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.12 | **Nonpriority creditor's name and mailing address**<br>CDG-Paw, LLC<br>1030 Edwards Street<br>Rock Hill, SC 29732<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ■ Yes | **$103,260.28** |
|---|---|---|---|

---

| 3.13 | **Nonpriority creditor's name and mailing address**<br>Central Heating and Air Conditioning<br>of Hickory<br>431 15th St. S.W.<br>Hickory, NC 28602<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,521.60** |
|---|---|---|---|

---

| 3.14 | **Nonpriority creditor's name and mailing address**<br>Champro Sports<br>P.O. Box 5998<br>Dept. 8049<br>Carol Stream, IL 60197-5998<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,626.59** |
|---|---|---|---|

---

| 3.15 | **Nonpriority creditor's name and mailing address**<br>Charlotte T-Shirt Authority<br>9535 Monroe Road, # 140<br>Charlotte, NC 28270<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$285.07** |
|---|---|---|---|

---

| 3.16 | **Nonpriority creditor's name and mailing address**<br>City of Hickory<br>76 North Center Street<br>Hickory, NC 28601<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  For Notice Purposes Only <br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

---

| 3.17 | **Nonpriority creditor's name and mailing address**<br>City of Hickory<br>P.O. Box 580069<br>Charlotte, NC 28258-0069<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

---

| 3.18 | **Nonpriority creditor's name and mailing address**<br>Duke Energy<br>P.O. Box 70516<br>Charlotte, NC 28272-0516<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$512.25** |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Custom Design Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,373.68 |
|---|---|---|---|

**EXO Communications**
335 1st Avenue S.E.
Hickory, NC 28602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,317.86 |
|---|---|---|---|

**Federal Express**
P.O. Box 371461
Pittsburgh, PA 15250-7461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $323.14 |
|---|---|---|---|

**Fisher Athletic Equipment, Inc.**
2060 Cauble Road
Salisbury, NC 28144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $501.00 |
|---|---|---|---|

**Fuji Film**
921 Highway 246 South
Greenwood, SC 29649

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,246.91 |
|---|---|---|---|

**Innovative Ink**
P.O. Box 68
Rutherford College, NC 28671

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,575.51 |
|---|---|---|---|

**ISM Global**
75108 Gerald Ford Drive
Suite 3
Palm Desert, CA 92211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,835.50 |
|---|---|---|---|

**Marucci Sports**
5818 McCann Drive
Baton Rouge, LA 70809

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Custom Design Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**McJab, LLC**
**P.O. Box 39**
**Indian Rocks Beach, FL 33785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,103.61 |
|---|---|---|---|

**North Carolina eProcurement**
**NC Department of Administration**
**Division of Purchase & Contract**
**1305 Mail Service Center**
**Raleigh, NC 27699-1305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,500.00 |
|---|---|---|---|

**Peoples Bank**
**P.O. Box 246**
**Newton, NC 28658**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **PPP loan**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $478,232.27 |
|---|---|---|---|

**Peoples Bank**
**P.O. Box 467**
**Newton, NC 28658**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7180**

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $661.26 |
|---|---|---|---|

**Quill Corporation**
**100 Schelter Road**
**Lincolnshire, IL 60069-3621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,909.58 |
|---|---|---|---|

**Rawlings Sporting Goods**
**P.O. Box 910212**
**Dallas, TX 75391-0212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94.00 |
|---|---|---|---|

**Rayco Safety, Inc.**
**375 West Maple Street**
**Yadkinville, NC 27055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Custom Design Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $758.50 |
|---|---|---|---|

**Robbins Sign Supply**
**2685 Wilkesboro Boulevard**
**Lenoir, NC 28645**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,827.98 |
|---|---|---|---|

**SanMar**
**P.O. Box 643693**
**Cincinnati, OH 45264**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,201.33 |
|---|---|---|---|

**Schutt**
**710 S. Industrial Drive**
**Litchfield, IL 62056**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $697.26 |
|---|---|---|---|

**Sharp Electronics Corporation**
**d/b/a Sharp Business Systems**
**100 Paragon Drive**
**Montvale, NJ 07645**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**Sigmon Clark Mackie Hanvey & Ferrell, PA**
**250 2nd Avenue SW**
**Hickory, NC 28602**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $856.68 |
|---|---|---|---|

**Spectrum/Charter Communications**
**P.O. Box 94188**
**Palatine, IL 60094-4188**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,109.08 |
|---|---|---|---|

**Texsource**
**714 Cleveland Avenue**
**Kings Mountain, NC 28086**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Custom Design Group, LLC**

Name

Case number (if known) _____

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,819.99 |
|---|---|---|---|

The CIT Group
11 West 42nd Street
New York, NY 10036

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,783.15 |
|---|---|---|---|

The Game/MV Sport
88 Spence Street
P.O. Box 9171
Bay Shore, NY 11706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $394.80 |
|---|---|---|---|

Twin City Knitting Co., Inc.
P.O. Box 829886
Philadelphia, PA 19182

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,378.52 |
|---|---|---|---|

U.S. Fitness Products, Inc.
3050 Wake Forest Road
Raleigh, NC 27609-7844

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $915.11 |
|---|---|---|---|

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,610.15 |
|---|---|---|---|

Under Armour
P.O. Box 791022
Baltimore, MD 21279-1022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,397.74 |
|---|---|---|---|

UPS
P.O. Box 1067
Scranton, PA 18577

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Custom Design Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.83 |
|---|---|---|---|

**UPS Supply Chain Solutions**
**5400 W.T. Harris Boulevard**
**Charlotte, NC 28269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $348.73 |
|---|---|---|---|

**Verizon**
**P.O. Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,816.35 |
|---|---|---|---|

**Wells Fargo Capital Finance**
**14241 Dallas Parkway**
**Suite 900**
**Dallas, TX 75254-2936**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,843.50 |
|---|---|---|---|

**Wilson Sporting Goods**
**130 East Randolph Street**
**Suite 600**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **City of Hickory**<br>**76 North Center Street**<br>**Hickory, NC 28601** | Line **3.17**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **ISM Global**<br>**1420 NW Gilman Boulevard**<br>**Suite 2722**<br>**Issaquah, WA 98027** | Line **3.24**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Peoples Bank**<br>**P.O. Box 246**<br>**Newton, NC 28658** | Line **3.29**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **The CIT Group**<br>**c/o CT Corporation System, Reg. Agent**<br>**160 Mine Lake Court**<br>**Suite 200**<br>**Raleigh, NC 27615** | Line **3.40**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Custom Design Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| 4.5 | **TIAA Bank**<br>**PO Box 2167**<br>**Jacksonville, FL 32232** | Line **3.36**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **TIAA Bank**<br>**P.O. Box 1284**<br>**Charlotte, NC 28201-1284** | Line **3.36**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **U.S. Fitness Products, Inc.**<br>**2221 Mountain High Drive**<br>**Wake Forest, NC 27587-4704** | Line **3.43**<br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,326,929.49 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,326,929.49 |

**Fill in this information to identify the case:**

Debtor name **Custom Design Group, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Supply agreement**<br><br>State the term remaining — **Sept. 14, 2022**<br><br>List the contract number of any government contract | **Hickory High School**<br>**1234 3rd Street NE**<br>**Hickory, NC 28601** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Advertising agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **High Point University Athletics**<br>**Attn: Kim Grissett**<br>**One University Parkway**<br>**High Point, NC 27268** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Workers compensation insurance**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Indemnity Insurance Co. of North America**<br>**c/o USI Insurance Services, LLC**<br>**2601 South Bayshore Drive**<br>**Coconut Grove, FL 33133** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Supply agreement**<br><br>State the term remaining — **Dec. 1, 2025**<br><br>List the contract number of any government contract | **Lenoir-Rhyne University**<br>**625 7th Avenue NE**<br>**Hickory, NC 28601** |

| Debtor 1 | **Custom Design Group, LLC** | | | Case number (*if known*) | |
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Real estate property lease** | |
|---|---|---|---|
| | State the term remaining | **Expires 1/31/2021** | **McNeely Holdings, LLC** |
| | List the contract number of any government contract | _____ | **532 8th Street NE**<br>**Hickory, NC 28601-5118** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Supply agreement** | |
|---|---|---|---|
| | State the term remaining | **Sept. 11, 2022** | **NC Department of Administration**<br>**Division of Purchase & Contract**<br>**1305 Mail Service Center** |
| | List the contract number of any government contract | _____ | **116 West Jones Street**<br>**Raleigh, NC 27699-1305** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Telephone and Internet service** | |
|---|---|---|---|
| | State the term remaining | | **Spectrum/Charter Communications** |
| | List the contract number of any government contract | _____ | **P.O. Box 94188**<br>**Palatine, IL 60094-4188** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Property insurance** | |
|---|---|---|---|
| | State the term remaining | **1 year** | **State Farm Fire and Casualty Company** |
| | List the contract number of any government contract | _____ | **3 Ravinia Drive**<br>**Atlanta, GA 30346-2117** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **HR administration** | |
|---|---|---|---|
| | State the term remaining | **Automatically renews** | **Trinet HR II Holdings, Inc.**<br>**f/k/a Strategic Outsourcing, Inc.**<br>**15720 Brixham Hill Avenue, # 300** |
| | List the contract number of any government contract | _____ | **Charlotte, NC 28277-4784** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Cell phone service** | |
|---|---|---|---|
| | State the term remaining | | **Verizon** |
| | List the contract number of any | | **P.O. Box 489**<br>**Newark, NJ 07101-0489** |

| Debtor 1 | **Custom Design Group, LLC** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**Fill in this information to identify the case:**

Debtor name    **Custom Design Group, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **CDG-Paw** | **1030 Edwards Street**<br>**Rock Hill, SC 29732** | **Peoples Bank** | ☐ D _____<br>■ E/F ___3.29___<br>☐ G _____ |
| 2.2 | **CDG-Paw, LLC** | **1030 Edwards Street**<br>**Rock Hill, SC 29732** | **Peoples Bank** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Dewyone King** | **c/o Michael L. Martinez**<br>**Grier Wright Martinez, PA**<br>**521 E. Morehead Street, Suite 440**<br>**Charlotte, NC 28202** | **Peoples Bank** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Dewyone King** | **c/o Michael L. Martinez**<br>**Grier Wright Martinez, PA**<br>**521 E. Morehead Street, Suite 440**<br>**Charlotte, NC 28202** | **Peoples Bank** | ☐ D _____<br>■ E/F ___3.29___<br>☐ G _____ |

| Debtor | **Custom Design Group, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.5 | Kerri L. King | c/o Michael L. Martinez<br>Grier Wright Martinez, PA<br>521 E. Morehead Street, Suite 440<br>Charlotte, NC 28202 | Peoples Bank | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | Kerri L. King | c/o Michael L. Martinez<br>Grier Wright Martinez, PA<br>521 E. Morehead Street, Suite 440<br>Charlotte, NC 28202 | Peoples Bank | ☐ D _____<br>■ E/F ___3.29___<br>☐ G _____ |
| 2.7 | Kristin S. Stober | c/o R. Keith Johnson<br>R. Keith Johnson, PA<br>1275 South Highway 16<br>Stanley, NC 28164 | Peoples Bank | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Kristin S. Stober | c/o R. Keith Johnson<br>R. Keith Johnson, PA<br>1275 South Highway 16<br>Stanley, NC 28164 | Peoples Bank | ☐ D _____<br>■ E/F ___3.29___<br>☐ G _____ |
| 2.9 | Richard L. Stober | c/o R. Keith Johnson<br>R. Keith Johnson, PA<br>1275 South Highway 16<br>Stanley, NC 28164 | Brother International Corporation | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Richard L. Stober | c/o R. Keith Johnson<br>R. Keith Johnson, PA<br>1275 South Highway 16<br>Stanley, NC 28164 | Peoples Bank | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Custom Design Group, LLC** | Case number *(if known)* | |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.11 | **Richard L. Stober** | c/o R. Keith Johnson<br>R. Keith Johnson, PA<br>1275 South Highway 16<br>Stanley, NC 28164 | **American Express Gold** | ☐ D ____<br>■ E/F __3.2__<br>☐ G ____ |
| 2.12 | **Richard L. Stober** | c/o R. Keith Johnson<br>R. Keith Johnson, PA<br>1275 South Highway 16<br>Stanley, NC 28164 | **American Express Plum** | ☐ D ____<br>■ E/F __3.4__<br>☐ G ____ |
| 2.13 | **Richard L. Stober** | c/o R. Keith Johnson<br>R. Keith Johnson, PA<br>1275 South Highway 16<br>Stanley, NC 28164 | **American Express Platinum** | ☐ D ____<br>■ E/F __3.3__<br>☐ G ____ |
| 2.14 | **Richard L. Stober** | c/o R. Keith Johnson<br>R. Keith Johnson, PA<br>1275 South Highway 16<br>Stanley, NC 28164 | **Blue Vine/Celtic** | ☐ D ____<br>■ E/F __3.8__<br>☐ G ____ |
| 2.15 | **Richard L. Stober** | c/o R. Keith Johnson<br>R. Keith Johnson, PA<br>1275 South Highway 16<br>Stanley, NC 28164 | **Peoples Bank** | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.16 | **Richard L. Stober** | c/o R. Keith Johnson<br>R. Keith Johnson, PA<br>1275 South Highway 16<br>Stanley, NC 28164 | **Peoples Bank** | ☐ D ____<br>■ E/F __3.29__<br>☐ G ____ |

| Debtor | **Custom Design Group, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** |
|---|---|---|

| 2.17 | **Richard L. Stober** | **c/o R. Keith Johnson**<br>**R. Keith Johnson, PA**<br>**1275 South Highway 16**<br>**Stanley, NC 28164** | **McNeely Holdings,**<br>**LLC** | ☐ D _____<br>☐ E/F _____<br>■ G    2.5 |

**Fill in this information to identify the case:**

Debtor name __**Custom Design Group, LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy           04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ☐ Operating a business<br>■ Other   **Operating revenue** | **$3,008,436.00** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>■ Other   **Operating revenue** | **$2,300,585.00** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>■ Other   **Operating revenue** | **$2,187,865.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor **Custom Design Group, LLC** Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attached schedule** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Richard L. Stober**<br>**Member / Employee** | **Bi-weekly** | **$72,295.82** | **Salary** |
| 4.2. **Kristin Stober**<br>**Spouse of Member / Employee** | **Bi-weekly** | **$23,003.13** | **Salary** |
| 4.3. **Richard L. Stober and Spouse**<br>**Same as above** | **Bi-weekly** | **$20,089.00** | **Benefits** |
| 4.4. **Dewyone King**<br>**Member** | **Bi-weekly** | **$19,114.76** | **Benefits** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**



Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor    **Custom Design Group, LLC**                                          Case number *(if known)* _____

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Hickory Parks and Recreation Department** | **Gifts/sponsorship** | **11/29/2019, 12/28/2019, 1/27/20** | **$1,125.00** |
| | Recipients relationship to debtor | | | |
| 9.2. | **CVYSA Soccer** | **Gifts/sponsorship** | **12/13/2019** | **$1,500.00** |
| | Recipients relationship to debtor | | | |
| 9.3. | **United Sourcing Alliance** | **Gifts/sponsorship** | **5/1/2020** | **$3,612.00** |
| | Recipients relationship to debtor | | | |
| 9.4. | **Lenoir-Rhyne University Athletics** | **Gifts/sponsorship** | **5/1/2020, 5/12/2020** | **$20,000.00** |
| | Recipients relationship to debtor | | | |
| 9.5. | **High Point University Athletics** | **Gifts/sponsorship** | **5/29/2020** | **$2,000.00** |
| | Recipients relationship to debtor | | | |

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **Custom Design Group, LLC**                                          Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Moon Wright & Houston, PLLC**<br>**121 West Trade Street**<br>**Suite 1950**<br>**Charlotte, NC 28202** | | **11/4/20**<br>**$5,775.00**<br>**12/4/20**<br>**$5,775.00**<br>**12/11/20**<br>**$4,042.50**<br>**10/15/2020** | **$15,592.50** |
| | **Email or website address**<br>**rwright@mwhattorneys.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☑ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

**Part 8:    Health Care Bankruptcies**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor    **Custom Design Group, LLC**                                         Case number *(if known)* _____

---

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

<hr>

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

<hr>

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

<hr>

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

| Debtor | **Custom Design Group, LLC** | Case number *(if known)* |
|---|---|---|

not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.  **CDG-Paw, LLC**<br>**1030 Edwards Street**<br>**Rock Hill, SC 29732** | **Screenprinting and embroidery** | **Dates business existed**<br>EIN:   **82-3772751**<br><br>From-To   **2/2018 to present** |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

   ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|

Debtor    **Custom Design Group, LLC**                                        Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Kelly Stamey** <br> **391 10th Avenue Dr. NE** <br> **Hickory, NC 28600** | **1/2018 to present** |
| 26a.2.  **Julia Grefenstette** <br> **596 Herrons Ferry Road** <br> **5th Floor** <br> **Rock Hill, SC 29730** | **2/2018 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Julia Grefenstette** <br> **596 Herrons Ferry Road** <br> **5th Floor** <br> **Rock Hill, SC 29730** | **2/2018 to present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  **Mike Dockery** <br> **Dockery/Davis** <br> **615 Rutherford Lane** <br> **Franklin, TN 37064** | **1/2020 to present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.  **Brian Davis** <br> **Dockery/Davis** <br> **615 Rutherford Lane** <br> **Franklin, TN 37064** | **1/2020 to present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.4.  **Amber Mueggenburg** <br> **22 S. Main Avenue** <br> **3rd Floor** <br> **Newton, NC 28658** | **1/2018 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Richard L. Stober** <br> **c/o R. Keith Johnson** <br> **R. Keith Johnson, PA** <br> **1275 South Highway 16** <br> **Stanley, NC 28164** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

| Debtor | **Custom Design Group, LLC** | Case number *(if known)* | |

☐ No

☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Richard L. Stober** | **December 31, 2019** | **$201,650.36** |
| | Name and address of the person who has possession of inventory records | | |
| | **Custom Design Group, LLC**<br>**391 10th Avenue Dr. NE**<br>**Hickory, NC 28602** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Richard L. Stober** | **c/o R. Keith Johnson**<br>**R. Keith Johnson, PA**<br>**1275 South Highway 16**<br>**Stanley, NC 28164** | **Member** | **85%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dewyone King** | **c/o Michael L. Martinez**<br>**Grier Wright Martinez**<br>**521 E. Morehead Street, Suite 440**<br>**Charlotte, NC 28202** | **Member** | **15%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Richard D. Stober** | **1119 21st Avenue NE**<br>**Hickory, NC 28601** | **Member (19%)** | **Feb. 2015 to Feb. 21, 2020** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Rhett Durham** | **Durham Acquisitions, Inc.**<br>**P.O. Box 1808**<br>**Hickory, NC 28603** | **Member (4.5%)** | **Feb. 2015 to Feb. 21, 2020** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Custom Design Group, LLC**                                   Case number *(if known)*

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **December 11, 2020**

**/s/ Richard L. Stober**                              **Richard L. Stober**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of North Carolina

In re    **Custom Design Group, LLC** _____    Case No. _____
Debtor(s)                                        Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____    $   **Normal hourly rates**

    Prior to the filing of this statement I have received _____    $           **26,379.04**

    Balance Due _____    $                 **0.00**

2.  $**1,717.00**    of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Debtor paid trust deposit of $26,379.04.  $15,592.50 was applied to pre-petition work.  $10,786.54 remaining
        on account for post-petition work.  Debtor has agreed to pay post-petition fees and expenses as approved by
        the Bankruptcy Court.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Continued representation of the Debtor in the event the case is converted from Chapter 11 to another Chapter of
    the Bankruptcy Code.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**December 11, 2020** _____        **/s/ Richard S. Wright** _____
_Date_                                              **Richard S. Wright 24622**
                                                    _Signature of Attorney_
                                                    **Moon Wright & Houston, PLLC**
                                                    **121 West Trade Street**
                                                    **Suite 1950**
                                                    **Charlotte, NC 28202**
                                                    **704-944-6560  Fax: 704-944-0380**
                                                    **rwright@mwhattorneys.com**
                                                    _Name of law firm_

---

# United States Bankruptcy Court
## Western District of North Carolina

In re   **Custom Design Group, LLC** _____   Case No. _____
Debtor(s)                    Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dewyone King**<br>**c/o Michael L. Martinez**<br>**Grier Wright Martinez, PA**<br>**521 E. Morehead Street, Suite 440**<br>**Charlotte, NC 28202** | | **15%** | **Membership** |
| **Richard L. Stober**<br>**c/o R. Keith Johnson**<br>**R. Keith Johnson, PA**<br>**1275 South Highway 16**<br>**Stanley, NC 28164** | | **85%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 11, 2020** _____   Signature   **/s/ Richard L. Stober** _____
                                                    **Richard L. Stober**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of North Carolina

In re   **Custom Design Group, LLC**                                    Case No. _____
                                            Debtor(s)      Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:   **December 11, 2020**                    **/s/ Richard L. Stober**
                                              **Richard L. Stober**/**Chief Executive Officer**
                                              Signer/Title

All Star Sporting Goods
17 Leominster Road
Shirley, MA 01464


American Express Gold
P.O. Box 1270
Newark, NJ 07101-1270


American Express Platinum
P.O. Box 1270
Newark, NJ 07101-1270


American Express Plum
P.O. Box 1270
Newark, NJ 07101-1270


Asia Socks, Inc.
2386 Hu Qing Ping Road
Shanghai 201702, China


Badger Sportswear
d/b/a Founder Sport Group
Statesville, NC 28625-2758


Bison, Inc.
603 I Street
Lincoln, NE 68508


Blue Vine/Celtic
401 Warren Street
Suite 300
Redwood City, CA 94063


BNA CPAs & Advisors
596 Herrons Ferry Road
Rock Hill, SC 29730


Brother International Corporation
200 Crossing Boulevard
Bridgewater, NJ 08807


Carolina Made, Inc.
400 Indian Trail Road North
Indian Trail, NC 28079

Catawba County Tax Collector
25 Government Drive
P.O. Box 368
Newton, NC 28658


CDG-Paw
1030 Edwards Street
Rock Hill, SC 29732


CDG-Paw, LLC
1030 Edwards Street
Rock Hill, SC 29732


Central Heating and Air Conditioning
of Hickory
431 15th St. S.W.
Hickory, NC 28602


Champro Sports
P.O. Box 5998
Dept. 8049
Carol Stream, IL 60197-5998


Charlotte T-Shirt Authority
9535 Monroe Road, # 140
Charlotte, NC 28270


City of Hickory
76 North Center Street
Hickory, NC 28601


City of Hickory
P.O. Box 580069
Charlotte, NC 28258-0069


Dewyone King
c/o Michael L. Martinez
Grier Wright Martinez, PA
521 E. Morehead Street, Suite 440
Charlotte, NC 28202


Duke Energy
P.O. Box 70516
Charlotte, NC 28272-0516

EXO Communications
335 1st Avenue S.E.
Hickory, NC 28602


Federal Express
P.O. Box 371461
Pittsburgh, PA 15250-7461


First Corporate Solutions, Inc.
914 S. Street
Sacramento, CA 95811


Fisher Athletic Equipment, Inc.
2060 Cauble Road
Salisbury, NC 28144


Fuji Film
921 Highway 246 South
Greenwood, SC 29649


Hickory High School
1234 3rd Street NE
Hickory, NC 28601


High Point University Athletics
Attn: Kim Grissett
One University Parkway
High Point, NC 27268


Indemnity Insurance Co. of North America
c/o USI Insurance Services, LLC
2601 South Bayshore Drive
Coconut Grove, FL 33133


Innovative Ink
P.O. Box 68
Rutherford College, NC 28671


ISM Global
75108 Gerald Ford Drive
Suite 3
Palm Desert, CA 92211

ISM Global
1420 NW Gilman Boulevard
Suite 2722
Issaquah, WA 98027


Kerri L. King
c/o Michael L. Martinez
Grier Wright Martinez, PA
521 E. Morehead Street, Suite 440
Charlotte, NC 28202


Kristin S. Stober
c/o R. Keith Johnson
R. Keith Johnson, PA
1275 South Highway 16
Stanley, NC 28164


Lenoir-Rhyne University
625 7th Avenue NE
Hickory, NC 28601


Marucci Sports
5818 McCann Drive
Baton Rouge, LA 70809


McJab, LLC
P.O. Box 39
Indian Rocks Beach, FL 33785


McNeely Holdings, LLC
532 8th Street NE
Hickory, NC 28601-5118


NC Department of Administration
Division of Purchase & Contract
1305 Mail Service Center
116 West Jones Street
Raleigh, NC 27699-1305


North Carolina eProcurement
NC Department of Administration
Division of Purchase & Contract
1305 Mail Service Center
Raleigh, NC 27699-1305

```
Peoples Bank
P.O. Box 467
Newton, NC 28658


Peoples Bank
P.O. Box 246
Newton, NC 28658


Quill Corporation
100 Schelter Road
Lincolnshire, IL 60069-3621


Rawlings Sporting Goods
P.O. Box 910212
Dallas, TX 75391-0212


Rayco Safety, Inc.
375 West Maple Street
Yadkinville, NC 27055


Richard L. Stober
c/o R. Keith Johnson
R. Keith Johnson, PA
1275 South Highway 16
Stanley, NC 28164


Robbins Sign Supply
2685 Wilkesboro Boulevard
Lenoir, NC 28645


SanMar
P.O. Box 643693
Cincinnati, OH 45264


Schutt
710 S. Industrial Drive
Litchfield, IL 62056


Sharp Electronics Corporation
d/b/a Sharp Business Systems
100 Paragon Drive
Montvale, NJ 07645
```

Sigmon Clark Mackie Hanvey & Ferrell, PA
250 2nd Avenue SW
Hickory, NC 28602


Spectrum/Charter Communications
P.O. Box 94188
Palatine, IL 60094-4188


State Farm Fire and Casualty Company
3 Ravinia Drive
Atlanta, GA 30346-2117


Texsource
714 Cleveland Avenue
Kings Mountain, NC 28086


The CIT Group
11 West 42nd Street
New York, NY 10036


The CIT Group
c/o CT Corporation System, Reg. Agent
160 Mine Lake Court
Suite 200
Raleigh, NC 27615


The Game/MV Sport
88 Spence Street
P.O. Box 9171
Bay Shore, NY 11706


TIAA Bank
PO Box 2167
Jacksonville, FL 32232


TIAA Bank
P.O. Box 1284
Charlotte, NC 28201-1284


Trinet HR II Holdings, Inc.
f/k/a Strategic Outsourcing, Inc.
15720 Brixham Hill Avenue, # 300
Charlotte, NC 28277-4784

Twin City Knitting Co., Inc.
P.O. Box 829886
Philadelphia, PA 19182

U.S. Fitness Products, Inc.
3050 Wake Forest Road
Raleigh, NC 27609-7844

U.S. Fitness Products, Inc.
2221 Mountain High Drive
Wake Forest, NC 27587-4704

U.S. Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

Under Armour
P.O. Box 791022
Baltimore, MD 21279-1022

UPS
P.O. Box 1067
Scranton, PA 18577

UPS Supply Chain Solutions
5400 W.T. Harris Boulevard
Charlotte, NC 28269

Verizon
P.O. Box 660108
Dallas, TX 75266-0108

Verizon
P.O. Box 489
Newark, NJ 07101-0489

Wells Fargo Capital Finance
14241 Dallas Parkway
Suite 900
Dallas, TX 75254-2936

```
Wilson Sporting Goods
130 East Randolph Street
Suite 600
Chicago, IL 60601
```

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Custom Design Group, LLC**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Custom Design Group, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 11, 2020**

Date

**/s/ Richard S. Wright**

**Richard S. Wright 24622**

Signature of Attorney or Litigant

Counsel for    **Custom Design Group, LLC**

**Moon Wright & Houston, PLLC**
**121 West Trade Street**
**Suite 1950**
**Charlotte, NC 28202**
**704-944-6560 Fax:704-944-0380**
**rwright@mwhattorneys.com**