IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Statesville Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **CUSTOM DESIGN GROUP, LLC,** | ) | Case No. 20-50463 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Custom Design Group, LLC., the above-referenced Debtor, has filed its:

- *Motion of Debtor for Authority to Pay Pre-Petition Payroll, Payroll Taxes, Employee Benefits and Other Related Expenses*, [Doc. 8];

- Motion *for Entry of Order (I) Determining that Sections 362 and 366 of the Bankruptcy Code Apply to Utility Companies (II) Determining that Utility Companies Have Been Provided with Adequate Assurance of Payment, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service on Account of Prepetition Invoices, (IV) Approving Adequate Assurance Procedures, (V) Establishing Procedures for Utility Companies to Object to Adequate Assurance Procedures, and (VI) Determining that Debtor is Not Required to Provide Any Additional Adequate Assurance*, [Doc. 9]; and

- *Motion to Use Cash Collateral*, [Doc. 10].

PLEASE TAKE FURTHER NOTICE that your rights may be affected by the Motions. You should read the Motions carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult with one.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motions will be held on **Friday, December 18, 2020 at 2:30 p.m. (ET)** before The Honorable Laura T. Beyer, United States Bankruptcy Judge, via ZoomGov.com. All parties who intend to appear by ZoomGov.com (either by video or telephonically) should contact Ursula Hamilton at Ursula_C_Hamilton@ncwb.uscourts.gov for the needed link, codes, and dial-in information.

*[Remainder of Page Intentionally Blank]*

MWH: 10734.001; 00024208.1

     PLEASE TAKE FURTHER NOTICE that the Court may grant the relief requested in the Motions at said hearing.  No further notice will be given.

Dated: Charlotte, North Carolina
December 14, 2020

                                              **MOON WRIGHT & HOUSTON, PLLC**

                                              */s/ Richard S. Wright*
                                      Richard S. Wright (Bar No. 24622)
                                      rwright@mwhattorneys.com
                                      Caleb Brown (Bar No. 41131)
                                      cbrown@mwhattorneys.com
                                      121 West Trade Street, Suite 1950
                                      Charlotte, North Carolina 28202
                                      Telephone:  (704) 944-6560
                                      *Counsel for the Debtor*