IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Statesville Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **CUSTOM DESIGN GROUP, LLC,** | ) | Case No. 20-50463 |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that copies of the *Interim Application of Moon Wright & Houston, PLLC for Allowance of Compensation and Reimbursement of Expenses for the Period from December 11, 2020 through December 31, 2020* and *Notice of Opportunity for Hearing* were served by electronic notification on those parties registered with the United States Bankruptcy Court, Western District of North Carolina ECF system to receive notices for this case and on the parties listed on the attached via United States Mail on January 12, 2021.

Dated: Charlotte, North Carolina
January 12, 2021

                                             **MOON WRIGHT & HOUSTON, PLLC**

                                             */s/ Richard S. Wright*
                                             Richard S. Wright (Bar No. 24622)
                                             121 W. Trade Street, Suite 1950
                                             Charlotte, North Carolina 28202
                                             Telephone: (704) 944-6560
                                             *Counsel for the Debtor*

| | | |
|---|---|---|
| American Express Gold<br>P.O. Box 1270<br>Newark NJ 07101-1270 | American Express Plum<br>P.O. Box 1270<br>Newark NJ 07101-1270 | Asia Socks, Inc.<br>2386 Hu Qing Ping Road<br>Shanghai 201702, China |
| Badger Sportswear<br>d/b/a Founder Sport Group<br>Statesville NC 28625-2758 | Blue Vine/Celtic<br>401 Warren Street<br>Suite 300<br>Redwood City CA 94063 | Carolina Made, Inc.<br>400 Indian Trail Road North<br>Indian Trail NC 28079 |
| CDG-Paw, LLC<br>1030 Edwards Street<br>Rock Hill SC 29732 | Champro Sports<br>P.O. Box 5998<br>Dept. 8049<br>Carol Stream IL 60197-5998 | Innovative Ink<br>P.O. Box 68<br>Rutherford College NC 28671 |
| ISM Global<br>75108 Gerald Ford Drive Suite 3<br>Palm Desert CA 92211 | Peoples Bank<br>P.O. Box 467<br>Newton NC 28658 | Peoples Bank<br>P.O. Box 246<br>Newton NC 28658 |
| Rawlings Sporting Goods<br>P.O. Box 910212<br>Dallas TX 75391-0212 | SanMar<br>P.O. Box 643693<br>Cincinnati OH 45264 | The Game/MV Sport<br>88 Spence Street<br>P.O. Box 9171<br>Bay Shore NY 11706 |
| U.S. Fitness Products, Inc.<br>3050 Wake Forest Road<br>Raleigh NC 27609-7844 | Under Armour<br>P.O. Box 791022<br>Baltimore MD 21279-1022 | Wells Fargo Capital Finance<br>14241 Dallas Parkway<br>Suite 900<br>Dallas TX 75254-2936 |
| Wilson Sporting Goods<br>130 East Randolph Street<br>Suite 600<br>Chicago IL 60601 | NC Department of Revenue<br>PO Box 1168<br>Raleigh, NC  27602 | Internal Revenue Service<br>Bankruptcy Section<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Securities and Exchange Commission<br>Atlanta Regional Office<br>Office of Reorganization<br>950 East Paces Ferry Road, NE, Ste 900<br>Atlanta, GA  30326-1382 | Custom Design Group, LLC<br>391 10th Avenue Dr. NE<br>Hickory, NC  28602 | |