IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 20-50463 |
| | ) | |
| CUSTOM DESIGN GROUP, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned, John C. Woodman and David R. DiMatteo of the law firm of Essex Richards, P.A., request that, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, all documents filed with the Court and all notices given or filed in the case be served upon them as follows:

| | |
|---|---|
| **John C. Woodman** | **David R. DiMatteo** |
| **Essex Richards, P.A.** | **Essex Richards, P.A.** |
| **1701 South Boulevard** | **1701 South Boulevard** |
| **Charlotte, NC 28203** | **Charlotte, NC 28203** |
| **Tel: (704) 377-4300** | **Tel: (704) 377-4300** |
| **Fax: (704) 372-1357** | **Fax: (704) 372-1357** |
| **E-mail: jwoodman@essexrichards.com** | **E-mail: DDimatteo@essexrichards.com** |

This the 19th day of February, 2021.

Essex Richards, P.A.

/s/John C. Woodman
John C. Woodman
NC Bar No. 42365
David R. DiMatteo
NC Bar No. 35254
1701 South Boulevard
Charlotte, North Carolina 28203
Tel: (704) 377-4300
Fax:  (704) 372-1357
E-mail: jwoodman@essexrichards.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 19th day of February, 2021, the foregoing **REQUEST FOR NOTICE** was served electronically on those parties receiving notice in this case through the Court's CM/ECF system.

      /s/John C. Woodman
      John C. Woodman
      NC Bar No. 42365
      Essex Richards, P.A.
      1701 South Boulevard
      Charlotte, North Carolina 28203
      Tel: (704) 377-4300
      Fax: (704) 372-1357
      E-mail: jwoodman@essexrichards.com