IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Statesville Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **CUSTOM DESIGN GROUP, LLC,** | ) | Case No. 20-50463 |
| | ) | |
| Debtor. | ) | |

**INTERIM AND FINAL APPLICATION OF MOON WRIGHT & HOUSTON, PLLC
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
AND REQUEST FOR RELATED RELIEF**

Name of Applicant:   Moon Wright & Houston, PLLC

Authorized to Provide Professional Services to:  Custom Design Group, LLC

Date of Retention:   December 28, 2020

Final approval of fees and expenses is sought from December 11, 2020 through March 31, 2021.

Amount of compensation sought as actual, reasonable, and necessary:   $56,262.50
Amount of expense reimbursement sought as actual, reasonable and necessary:   $ 2,897.18

This is a:   _____ monthly   XXXX interim   XXXX final application

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| | | | | | |
| 01/12/21 | 12/11/20 – 12/31/20 | $7,839.50 | $1,969.32 | $7,839.50 | $1,969.32 |
| 02/04/21 | 01/01/21 – 01/31/21 | $16,033.00 | $356.74 | $16,033.00 | $356.74 |
| 03/05/21 | 02/01/21 – 02/28/21 | $18,526.00 | $458.08 | $18,526.00 | $458.08 |
| 04/13/21 | 03/01/21 – 03/31/21 | $13,864.00 | $113.04 | Pending | |

MWH: 10734.001; 00024945.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Statesville Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **CUSTOM DESIGN GROUP, LLC,** | ) | Case No. 20-50463 |
| | ) | |
| Debtor. | ) | |

## INTERIM AND FINAL APPLICATION OF MOON WRIGHT & HOUSTON, PLLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AND REQUEST FOR RELATED RELIEF

Pursuant to sections 330 and 331 under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Moon Wright & Houston, PLLC ("MWH") hereby requests that this Court award it interim and final allowance of all fees and expenses incurred by MWH during this Chapter 11 case from December 11, 2020 through March 31, 2021 in the total amount of $59,159.68. Included in that amount, the sum of $13,977.04 represents fees for services rendered and expenses incurred during the period March 1, 2021 through March 31, 2021 for which MWH has not previously requested interim approval. In support of this interim and final application (the "Application"), MWH respectfully represents and states as follows:

### BACKGROUND

1. MWH was retained to represent the Debtor as its counsel in connection with this chapter 11 case pursuant to an Order entered by this Court on December 28, 2020 [Doc. 28]. The Order authorized MWH to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

### COMPENSATION TO BE PAID

2. All services for which MWH requests compensation were performed for or on behalf of the Debtor.

3. Attached hereto as Exhibit A is a detailed statement of fees incurred during the period March 1, 2021 through March 31, 2021 in the amount of $13,977.04 for which MWH is herein requesting interim and final approval.

4. In accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

5. MWH requests final approval of compensation for all services that were performed for or on behalf of the Debtor in connection with this Chapter 11 case and reimbursement of all out-of-pocket expenses incurred from December 11, 2020 through March 31, 2021 in the total amount of $59,159.68.

## NOTICE

6. Notice of this Application has been given to (a) the Bankruptcy Administrator for the Western District of North Carolina, (b) the 20 largest unsecured creditors, and (c) those parties requesting notice pursuant to Bankruptcy Rule 2002.

WHEREFORE, MWH requests that the Court (a) grant interim and final allowance of all fees earned and expenses incurred by MWH during this Chapter 11 case in the total amount of $59,159.68, (b) grant MWH an allowed priority, administrative claim under § 503(b)(2) for the same, and (c) grant such other and further relief as the Court deems just and proper.

Dated: Charlotte, North Carolina
April 13, 2021

**MOON WRIGHT & HOUSTON, PLLC**

*/s/ Richard S. Wright*
Richard S. Wright (Bar No. 24622)
121 W. Trade Street, Suite 1950
Charlotte, North Carolina 28202
Telephone: (704) 944-6560
*Counsel for the Debtor*

MWH: 10734.001; 00024945.1