

FILED & JUDGMENT ENTERED
Steven T. Salata

May  4  2021

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

*Laura T Beyer*
_____
Laura T. Beyer
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Statesville Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **CUSTOM DESIGN GROUP, LLC,** | ) | Case No. 20-50463 |
| | ) | |
| Debtor. | ) | |

**ORDER APPROVING INTERIM AND FINAL APPLICATION OF
MOON WRIGHT & HOUSTON, PLLC FOR ALLOWANCE OF
<u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

Upon consideration of the *Interim and Final Application of Moon Wright & Houston, PLLC for Allowance of Compensation and Reimbursement of Expenses and Request for Related Relief* (the "Final Application") [Doc. 74], it appears that Moon Wright & Houston, PLLC ("MWH") requested *interim* approval of compensation for services rendered and reimbursement of expenses incurred for the period March 1, 2021 through March 31, 2021 in the amount of $13,977.04 and *final* approval of all fees and expenses incurred by MWH in the total amount of $59,159.68 for the period December 11, 2020 through March 31, 2021 pursuant to Sections 330 and 331 under Title 11 of the United States Code, 11 U.S.C. § 101 <u>et</u> <u>seq.</u> and Rule 2016 of the Federal Rules of Bankruptcy Procedure; and due and adequate notice of the Final Application having been provided; and no objections having been filed; and it appearing that the relief requested in the Final Application is in the best interests of the Debtor and the bankruptcy estate;

MWH: 10734.001; 00025139.1

and it appearing that the fees requested and the expenses incurred are reasonable and necessary; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED that the Final Application is GRANTED; and it is further

ORDERED that MWH is allowed *interim* compensation for services rendered and reimbursement of expenses incurred in the amount of $13,977.04 for the period March 1, 2021 through March 31, 2021; and it is further

ORDERED that MWH is allowed *final* approval of compensation for services rendered and reimbursement of expenses incurred for the period December 11, 2020 through March 31, 2021 in the total amount of $59,159.68; and it is further

ORDERED that the Debtor is hereby authorized and directed to pay such amounts to MWH, less all previous payments made pursuant to Orders entered by this Court in this case; and it is further

ORDERED that MWH is granted an allowed priority claim under § 503(b)(2) for such amount; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all issues arising from or related to the implementation, enforcement, and interpretation of this Order.

| | |
|---|---|
| *This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order.* | *United States Bankruptcy Court* |