

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Statesville Division**

Case No. 20−50463
Chapter 11

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
   Custom Design Group, LLC
      fdba Active Energy Custom Brands and Outlet, LLC
   391 10th Avenue Dr. NE
   Hickory, NC 28602
   Social Security No.:
   Debtor EIN:
   47−3172451

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Amended Document filed in the above referenced case on 07/02/2021 as document # 104 is defective for the reason(s) marked below:

   The document was not docketed using the correct event.This document does not need to be re−docketed, but in the future please use the correct event, which is located:
   Bankruptcy/Other/Plan/check as amended

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: July 6, 2021                                                                                      Steven T. Salata
                                                                                                         Clerk of Court

Electronically filed and signed (7/6/21)