

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Statesville Division**

Case No. 20−50463
Chapter 11

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
   Custom Design Group, LLC
      fdba Active Energy Custom Brands and Outlet, LLC
   391 10th Avenue Dr. NE
   Hickory, NC 28602
   Social Security No.:
   Debtor EIN:
   47−3172451

# ORDER AND NOTICE OF STATUS HEARING

This matter is before the court on its own motion to bring to resolution cases that have been pending for extraordinary lengths of time; or where issues regarding the case status need to be brought to the court's attention.

It is hereby **ORDERED** that:

1. A hearing will be held at 11:00 AM on January 14, 2022 at Bankruptcy Courtroom, First Floor, 200 West Broad Street, Statesville, NC 28677;

2. The scope of this hearing will be: Notice of Substantial Consummation due.

3. This Order shall constitute Notice of the hearing; and

4. The Clerk is hereby directed to serve this Notice on all interested parties.

Dated: December 3, 2021                             BY THE COURT

                                                          Laura T. Beyer
                                                          United States Bankruptcy Judge

Electronically filed and signed (12/3/21)