# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 20-50463 |
| CUSTOM DESIGN GROUP, LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## NOTICE OF SUBSTANTIAL CONSUMMATION

Pursuant to 11 U.S.C. § 1183(c)(2), the undersigned hereby gives notice that:

1. On October 5, 2021, the United States Bankruptcy Court for the Western District of North Carolina entered its Order Confirming Chapter 11 Plan [Doc. 125] of Custom Design Group, LLC (the "Debtor").

2. The Debtor's confirmed plan was substantially consummated, as that term is defined in 11 U.S.C. § 1101(2), when on or about November 22, 2021 the Debtor finalized the sale of its assets and the first disbursement to creditors contemplated by the Plan was made.

3. Pursuant to the terms of the confirmed plan, the substantial consummation of the Plan terminates the service of Michael T. Bowers as the subchapter V trustee in this case.

**Dated: December 3, 2021**          THE HENDERSON LAW FIRM

/s/James H. Henderson
James H. Henderson
State Bar No. 13536
2030 South Tryon St., Ste. 3H
Charlotte NC 28203
Telephone:     704.333.3444
Facsimile:     704.333.5003
Email:         henderson@title11.com

## CERTIFICATE OF SERVICE

    I hereby certify the copies of the forgoing Notice of Substantial Consummation were served by electronic notification on those parties registered with the United States Bankruptcy Court, Western District of North Carolina to received notices for this case on the date shown below.

**Dated: December 3, 2021**       **THE HENDERSON LAW FIRM**

/s/James H. Henderson
James H. Henderson
State Bar No. 13536
2030 South Tryon St., Ste. 3H
Charlotte NC 28203
Telephone:    704.333.3444
Facsimile:     704.333.5003
Email:            henderson@title11.com