

FILED & JUDGMENT ENTERED
Steven T. Salata

October 11 2022

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

Laura T Beyer
_____
Laura T. Beyer
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISON

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUSTOM DESIGN GROUP, | ) | Bankruptcy Case No.: 20-50463 |
| LLC | ) | Chapter 11 |
| | ) | |
| | ) | |
| | ) | |

## ORDER AUTHORIZING APPLICATION FOR COMPENSATION TO MICHAEL T. BOWERS SUBCHAPTER V TRUSTEE

THIS MATTER came before the Court on the *Application for Compensation to Michael T. Bowers Subchapter V Trustee* filed on June 20, 2022 (the "Application"). The Court finds and concludes as follows:

1. Notice of Opportunity for Hearing was served upon the parties as required by law. No party in interest has objected or requested a hearing on the Application.

2. The subchapter V Trustee, Michael T. Bowers, has rendered valuable service to the Debtor for which he has received no compensation and the reasonable value of such services is in the amount of $8,167.65.

IT IS, THEREFORE, ORDERED that the Subchapter V Trustee, Michael T. Bowers is hereby awarded the sum of **$8,167.65** in fees and **$0.00** in expenses, for services rendered.

This Order has been signed
Electronically. The Judge's
signature and court's seal
appear at the top of the Order

United States Bankruptcy Court